john cooper

409 wa nut ave

roxbury ma 02119

vs

californ a pizza 5th floor

12181 v bluff creek drive

playa ca. 90094

memorandum

facts  I applied for a job in this company in what i am qualfied to do. they said they would get back torne but did not they act unperfessional unquified disrespectful pretext intolance ignorant segergation define of chator corruption neglict belligrent malice

if they lie in court it would be purjury

issue is they voulated the law

the plair tiff demANDS A SETTLEMENT FROM THE DEFANDANT WITH DAMAGES AND INT.

JUSTICE

JOHN BILLY COOPER

1

john cooper

409 walnut ave

roxbury ma 02119

        vs

boston medical center


boston ma


### MEMORANDUM

FCATS. I WAS ABUSED BY PEOPLE IN THIS HOSPTIAL AND MISTREATED THE VIOLATED MY RIGHTS ONE TIME THEY SENT ME TO ANOUTHER HOSPTIAL WHEN THEY SHOULD OF SENT

MY MOM TO ANOTHER HOSPTAL TO COMMITTET HER SHE WAS CPMMITTABLE ALL THE DIFFENT

HOSPITALS SHOULD OF COMMITTED MY MOM THEY WERE BELLIGRENT UNPERFESSIONAL UNQULIFIED FRAUD LARCNEY HARASS PRETEXT CORRUPTION DEFINE OF CHATHOR INTRUSIVE

INTOLANCE SEGERGATION FALFY THEY THREATEN ME AND PUT ME ON MEDICATION I SHOULD NOT BE ON FALIFY IGNORANT DISRESPECTFUL SLANDER RUDE  AN D THEY HAD ME PAY THE HOSPTAL MONY WHEN THEY SHOULD BILL MY INSURANCE THE HOSPTAL WAS NEGLANCE SO MANY TIMES AND THEY WERE NEGLICTFUL TO MANY TIMES AND TOOK ADVANGE OF ME TO

1

IF THEY LIE IN COURT IT WOULD BE PURJURY.

ISSUE IS THAT THEY VIOLATED THE LAW

THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFANDANT WITH DAMAGES AND INT.

JUSTICE

JOHN BILLY COOPER

john cooper

409 walnut ave

roxbury ma 02119

vs

au bon pain

19 kennedy ave

boston ma 02210


memorandum


facts I applied for a job in this company many times in what i am qualfied to do the said that they would get back to me but lied and did not. they are unperfessional unqualfied IGNORANT

DISRESPECTFUL SEGERGATION CORRUPTION FAILFY INTOLANCE MALICE BELLIGENT THEY MADE A STATEMENT THEY TELL EVERYONE THAT THEY WOULD GET BACK TO THEM BUT DO NOT SLANDER DEFINE OF CHATOR

IF THEY LIE IN COUET IT WOULD BE P[URJURY

ISSUE IS THEY VIOLATED THE LAW


THE PLAINTIFF DEMANDS A SETTLEMENT FIOM THE DEFANDANT WITH DAMAGES AND INT.


1

JUSTICE

JOHN BILLY COOPER

john cooper

409 walnut ave

roxbury ma 02119

    vs

commonwelth

1 asburton place

boston ma

att ag office


        memorandum

FACTS ON THE ACCOUNT OF DEPARTMENT OF MENTAL HEALTH DEPARTMENT CHILDERN
FAMILYS PRODUCT IMPACT BOSTON CHILDRENS SERVICE SUFFOLK SUPERIOR COURT

MIDDLESEX SUPERIOR COURT  MIDDLESEX PROBATE COURT WORCESTER PROBATE COURT

FRAMINGHAM DISTRICT COURT WESTBROUGH DISTRICT COURT CAMBRIDGE DISTRICT COURT

SURPREME JUDICAL COURT APPEALS COURT BUNKER HILL COMMUNITY COLLEGE  MASS BAY

COMMUNITY MIDDLESEX CUMMUNITY COLLEGE FRAMINGHAM STATE COMMISSION ON

JUDICAL CONCUT DISBILTY LAW CENTER BOARD BAR OVER SEAS FULLER WESTBROUGH STATE

HOSPITA. LEMUAL SHATTUCK WORCESTER STATE HOSPTAL MASS REHAB RESTURY MOTOR

VECHALS mass commission against discrimation THE COURTS ARE VIOLATION MY CONSUTION
RIGHTS WHEN THEY DO THAT EYTHING FALLS ON MY BEHALF DEPARTMENT EMPLOYMENT

1

TRAING MBTA

EVERYTHING FALLS ON MY BEHALF WHEN PARTYS DO NOT SHOW UP OR FILE ANSWER

OR FILE ANSWER LATE IT IS SURPOSE TO FALL ON MY BEHALF JUGDES HAVE TO HONOR

AND RESPECT THAT ALL THAT FALLS ON MY BEHALF BUT THEY DO NOT I GET ABUSED BUY

WORKERS IN THE PLACES IT IS ILLGLE FOR THE COURT TO MISTREAT ME AND PUT ME IN

HaRMS WAY AND TO ALLOW ILLGLE THING TO HAppen to me and viate my rights it is illgle

for the state to do that all the illigal and wrongful acts i got wrongful committed to the

hospitals and put on different medications and they were wrong to place me with my

my adooed family and my foster family from brookline and telling me that i have to take

my test over when i get a doctor letter to drive but they give licence to people that do

not how to drive and should not have a licence and the college mistreated me and the state was
wrong to take away my insurance at age twenty one everything cause my nervers

beeak down 1992 and other state places to are wrong what they did to me.

issue is they are violateing the law

if they lie in court it would be purjury

the plantiff demands a settlement from the defants with damages and int


                                    justice


                                JOHN billy cooper


2

john cooper

409 walnut ave

roxbury ma 02119

    vs

bertuccis

155 otis street

northbrough ma 01532


memorandum


facts I applied for a job in this company in what i am qualfied to do many times they told me that they would get basck to me but did not they lied and one time there was a sign up and they lied and said they were not hireing but they lied the were unperfessional unqualfied intolance pretext falfy segergation corruption define of chator rude ignorant disrespctful slander neglict belligrent malice

if they lie in court it would be purjury


issue is they violated the law

the plantiff demands a settlement from the defendant with damages and int.


justice

john billy cooper

1

john cc oper

409 walnut ave

roxbuny ma. 02119

vs

lord & taylor

424 5th avenue

new york new york 10018


                              memorandum

 facts.  i applied for a job in this company a couple of times in what i am  qualfied

to do th:3y told me that they would get back to me but did not they lied they acted

unperfe::sional unqualfied malace belligrent ignorant rude segergation pretext

slander define of chotor falfy corruption intolance


issue is they volated the law


if thhey lie in court it would be purjury


the plantiff demands a settlement from defendant with damages and int.


                              justice


                                 1

john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

NEWTON WELLSEY HOSPITAL

memorandum

facts. when i was this hosptal many times i was abused by the people taken advange of mistreated my rights were violated they put ther hands on me and stole off me and puting me on medican i should not be on they were belligrent unperfessional unqulified rude disrespectful falfy harass pretext segergation corruption define of chator they wrongfly committed me intolance slander intrusive negliance neglict ignorant larcney

1

if they lie in court it would be purjury

issue is that they violated the law

the pla ntiff demands a settlement by the defendant with damages and intrest

justice

john billy cooper

john cc oper

409 walnut ave

roxbury ma. 02119

    vs

uno's p zza

100 charles park road

boston ma. 02132


memorandum


facts. I APPLIED FOR A JOB IN THIS COMPANY IN WHAT I AM QUALFIED TO DO THEY

TOLD ME THAT THEY WOULD GET BACK TO ME BUT DID NOT THEN ONE TIME THEY

WERE GOING TO HIRE ME THEN THEY TURNED AROUND AND SAID THEY WERE NOT

INTRESTED IN ME BECAUSE THEY KNOW ABOUT ME FROM LONG AGO THEY ABUSED

ME BELLIGRENT THEY ACTED UNPERFESSIONAL UNQUALFIED RUDE DISRESPECTFUL

IGNORANT SLANDER DEFINE OF CHOTOR FALFIED INTOLANCE PRETEXT CORRUPTION

SEGERGATION HARASS

ISSUE  IS THEY VIOLated the law

if they lie in court it would be purjury

1

the plantiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

john cc oper

409 walnut ave

roxbury ma 02119

vs

panara bread

63 KEN DRICK STREET

NEEDHAM HEIGHTS MA. 02494

## MEMORANDUM

FACTS. I APPLIED FOR A JOB IN THIS COMPANY IN WHAT I AM QUALFIED TO DO

THEY TOLD ME THAT THEY WOULD GET BACK TO ME BUT DID NOT THEN I WAS LIED

TO THEY ABUSED THEY ACTED UNPERFESSIONAL UNQUFIED RUDE DISRESPECYFUL

PRTEXT BELLIGRENT SEGERGATION INTOLANCE CORRUPTON IGNORANT FALFIED

DEFINE OF CHATOR SLANDER

ISSUE IS THEY VIOLATED THE LAW

IF THEY LIE IN COURT IT WOULD BE PURJURY

THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES

AND INT.

JUSICE

JOHN BILLY COOPER

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

vs

T J MAX & MARCHELLS


#### MEMORANDUM


FACTS WHEN I WORKED IN THIS COMPANY THEY TOOK ADVANGE OF ME AND ABUSED ME AND
MISTREATED ME THEY WERE UNPERFESSIONAL UNQULFIED THEY NEVER SHOWED UP TO
HEARING IN 1998 THEY SHOULD BE DEFAULT THEY ARE CORRUPTION SEGERGATION
INTOLANCE RUDE SLANDER DEFINE OF CHATOR HARASS FALIFY THEY VIOLATED MY RIGHTS
PRETEXT THEY WERE BELLGRENT IGNORANT DISRESPCTFUL RUDE

if they lie in court it would be purjury

issue isd they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

1

justice

john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

vS

T J MAX & MARCHELLS

MEMORANDUM

FACTS WHEN I WORKED IN THIS COMPANY THEY TOOK ADVANGE OF ME AND ABUSED ME AND MISTREATED ME THEY WERE UNPERFESSIONAL UNQULFIED THEY NEVER SHOWED UP TO HEARING IN 1998 THEY SHOULD BE DEFAULT THEY ARE CORRUPTION SEGERGATION INTOLANCE RUDE SLANDER DEFINE OF CHATOR HARASS FALIFY THEY VIOLATED MY RIGHTS PRETEXT THEY WERE BELLGRENT IGNORANT DISRESPCTFUL RUDE

if they lie in court it would be purjury

issue isd they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

1

justice

john billy cooper

john cooper

409 walnut ave

roxbury ma 02119

  vs

panara bread

63 KENDRICK STREET

NEEDHAM HEIGHTS MA. 02494


MEMORANDUM


FACTS. I APPLIED FOR A JOB IN THIS COMPANY IN WHAT I AM QUALFIED TO DO

THEY TOLD ME THAT THEY WOULD GET BACK TO ME BUT DID NOT THEN I WAS LIED

TO THEY ABUSED THEY ACTED UNPERFESSIONAL UNQUFIED RUDE DISRESPECYFUL

PRTEXT BELLIGRENT SEGERGATION INTOLANCE CORRUPTON IGNORANT FALFIED

DEFINE OF CHATOR SLANDER

ISSUE IS THEY VIOLATED THE LAW

IF THEY LIE IN COURT IT WOULD BE PURJURY


THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES

AND INT.

JUSICE

JOHN BILLY COOPER

john cooper

409 walnut ave

roxbury ma. 02119

    vs

uno's pizza

100 charles park road

boston ma. 02132


                    memorandum


facts.  I APPLIED FOR A JOB IN THIS COMPANY IN WHAT I AM QUALFIED TO DO THEY

TOLD ME THAT THEY WOULD GET BACK TO ME BUT DID NOT THEN ONE TIME THEY

WERE GOING TO HIRE ME THEN THEY TURNED AROUND AND SAID THEY WERE NOT

INTRESTED IN ME BECAUSE THEY KNOW ABOUT ME FROM LONG AGO THEY ABUSED

ME BELLIGRENT THEY ACTED UNPERFESSIONAL UNQUALFIED RUDE DISRESPECTFUL

IGNORANT SLANDER DEFINE OF CHOTOR FALFIED INTOLANCE PRETEXT CORRUPTION

SEGERGATION HARASS

ISSUE  IS THEY VIOLated the law

if they lie in court it would be purjury

1

the plantiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

NEWTON WELLSEY HOSPITAL

memorandum

facts. when i was this hosptal many times i was abused by the people taken advange of

mistreated my rights were violated  they put ther hands on me and stole off me and puting

me on medican i should not be on they were belligrent unperfessional unqulified rude

disrespectful falfy harass pretext segergation corruption define of chator they wrongfly

committed me intolance slander intrusive negliance neglict ignorant larcney

1

if they lie in court it would be purjury

issue is that they violated the law

the plaintiff demands a settlement by the defendant with damages and intrest

justice

john billy cooper

john cooper

409 walnut ave.

roxbury ma, 02119

        vs

leagle sea food

1 seafood way

boston ma

memorandum

facts  I applied for a job in this company in what i am qualfied to do many times they said that they would get back to me but did not they lied. they were unperfessional unquified intolance segergation pretext malice disrespectful ignoant corruption belligrent malice falfy define of chator slander neglict

if they lie in court it would be purjury

issue they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

1

john cooper

409 walnut ave

roxbury ma. 02119

     vs

social security administration

10 causeway street

boston ma. 02222

#### memorandum

facts the adminstration is very wrong to keep on giving the group homes and hospitals
payeeships of of me and other people the group homes and hospitals open up my mail
of mine or other people they are to give benfits to people that never worked or do drugs
and drink they should be giving me benfits to me from day i was born 1969 i was disable
at birth all my medical conditins and put in many applications befor 1992  and should been
part of the classaction case i got abused by alot of the employees and they did not have
my concent to get me a payee and the payees steal alot of money from me and give younger
people more money then they give me and people that get benfits take advange of me
money wise they are negliance at what  they are doing the administration.

if they lie it would be purjury

1

issue they are violation of the law

the plaintiff demands a settlement from the defandant with damages and int.

justice

john billy cooper

TACO BELL


JOHN COOPER
499 WALNUT AVE
ROXBURY MA 02119


                VS

KENTUCKY FRY CHICKEN
PIZZA HUT TACO BELL
141 GARDNER LN
LOUISVILLE KY 40213




MEMORANDUM

                FACTS. I WORKED AT TACO BELL FOR A COUPLE OF YEARS AND T6HEY
DID NOT GIVE ME A RAISE AND THEY WERE ABUSIVED THEY
                DID MALICE AND BELLIGRENT THEY WERE UNPERFESSIONAL UNQULIFIED
INTOLANCE PRETEXT SEGREATION HARRASS IGNORANT RUDE
                CORRUPTION DEFINE OF CHATOR SLANDER FRAUD DISRESPCTFUL
LARCNEY THEY WERE PAYING PEOPLE THAT CAME IN AFTER ME MORE
                MONEY AND TOLD ME THEY DID NOT PUT THE AD IN THE PAPER AND
PIZZA HUT AND KENTUCKY FRY CHICKEN DENIED ME A JOB THEY
                TOLD ME THEY WOULD GET BACK TO ME BUT DID NOT THEY LIED THEY
DID THE SAME AS TACO BELL

                THE ISSUE IS THAT THEY VIOLATED THE LAW


                THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH
DAMAGES AND INTREST




                                                JUSTICE

                                        JOJN BILLY COOPER



Page 1

BED BATH


JOHN COOFER
409 WALNLT AVE.
R5OXBURY MA 02119

    VS

BED & BATH BEYOND
650 LIBERTY AVE.
UNION N J 07083



                                        MEMORANDUM


        FACTS. I APPLIED TO BED AND BATH BEYOND IN WHAT I WAS QUALFIED TO DO A
COUPLE OF TIMES THEY DENIED ME THEY DID NOT GET BACK TO
        ME THEY ACted UNPERFESSIONAL UNQUAlfied corruption belligrent rude
disrespectful malice pretext slander define of chator ignorant
        segeration


        issue is that they violated the law.


        the plantiff demands a settlement with damages and intrest


                                        justice

                                        john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

V

99 PUB

#### memoradum

facts when i was working in this compoany i was abused by the manger he mistreated me

he is unperfessional unqulfied rude intolance disrespectful corruption ignorant define of

chator segergation pretext my rights were violated

if they lie in court it would be purjury

issue is that they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

JOHN COOPER

409 WALNUT AVE.

ROXBURY MA 02119

   V

APPLEBEES

11201 RENNER BLUD.

LENEXA KS 66219


### MEMORANDUM

FACTS. IAPPLIED FOR A JOB IN THIS COMPANY A FEW TIMES DO DO WHAT I WAS QUALFIED
TO DO THEY LIED AND TOLD TOLD ME THEY WOULD GET BACK TO ME BUT DID NOT.
I T WAS BECAUSE OF MY DISBILTY THEY WERE UNPERFESSIONAL UNQUFIED DISREPECTFUL
PRETEXT DEFINE OF CHTOR SEGREGTON CORRUPTION INTOLANCE IGNORANT FAILSY
BELLIGFENT MALICE.

ISSUE IS THEY VIOLATED THE LAW IT IS INTOLANCE AND ILLGLE AND WRONGFUL ACTS
THE PLAINTIFF DEMANDS A SETTYLEMENT FROM THE DEFEANT WITH DAMAGES AND
INTREST

         JUSTICE

         JOHN BILLY COOPER

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA.02119

   VS

ARBHO R H R I

BABCOCK STREET

BROOKLNE MA

MEMORANDUM

FACTS WHEN I WAs staying in this hosptal i was abuse by the staff and people that were there

to the put there hands on me they took advange of me they were belligrent rude they aceted

unperfessional unqulified intolance segergatiobn harass disrespectful ignorant they violated

my rights and the other arbhor where my mom stayed should of committed my mom for a long
time she was commitedable both of the arbhor hosptial were neglance i was wrongfly

put on medication what i should not be on. pretext slander falify define of chator

intrusive corruption and they neglictful.

if they lie in court it would be purjury

issue is they violated the law

 the plar tiff demands a settlement from the defendant with damages int.

1

justice

john billy cooper

JOHN COOPER

409 walnut ave

roxbury ma 02119

^

BAY COVE

66 canal street

boston ma.

## MEMORANDUM

FACTS i live in three different group homes of bay cove i was malice buy the people staff and people who live there they were belligrent unperfessional unqulified ignorant fraud larcney harass segergation intolance corruption alot of my stuff erer stoled by the staff and people who lived and they took advange of me and threaten me and open my mail like in all other group homes i have been in define of chator pretext falfy mail tamper rude disrespctful and the other employees in bay cove did the same

if they lie in court it would be pujury

issue is they violated the law

the plaintiff demands a settlement from the defendant with damages and int

justice

john billy cooper

1

john cooper

409 walnut ave.

roxbury ma. 02119

    vs

best buy

7601 penn ave

south field mn 55423

memorandum

facts. I APPLIED FOR A JOB IN THIS COMPANY AND WANTED TO APPLIED AGAIN THEN THEY
TOLD ME I HAVE TO GO ON LINE THEY WOULD NOT GIVE ME A PAPER APPLICATION AND WHEN
I WENT SHOPPING AT THIS COMPANY THEY KEPT BUY PASSING ME THEY ACTED
UNPERFESSIONAL UNQUFIED IGNORANT INTOLANCE SGERGATION DISRESPECTFUL RUDE
DEFINE OF CHATOR NEGLICT NEGLIANCE PRETEXT CORRUPTION BELLIGRENT MALICE

IF THEY LIE IN COURT IT WOULD BE PURJURY

ISSUE THEY VIOLATED THE LAW

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES AND INT.

JUSTICE

JOHN BILLY COOPER

1

John cooper

65 bailey street

Dorchester ma 02124

V

Burger king

5505 BLUE LAGOON DR.

MIAMI FL. 33126

Memorandum

Facts when I worked at burger king the manager and other

Employees abused me and mistreated me they were unqualified

Ignorant rude disrespectful unperfessional slander define of chator

Segregation harass intolance pretext corruption other burger kings

That I applied to they treated me the same way as the one I worked

At. they violated my rights.

If they lie in court it will be perjury .

The plaintiff demands a settlement from the defendant with damages and

Interest.

justice

john cooper

1

JOHN COOPER

409 WALNUT AVE.

ROXBURY MA 02119

 VS

CASCAP

MASS AVE

CAMBRIDGE MA.


#### MEMORANDUM


FACTS. I LIVED AT CASCAP FOR A C OUPLE OF YEARS THEY STOLE OFF ME THEY ABUSED

ME THEY FRAUD AND LARCNEY AND DID MALICE AND THEY WERE BELLIGRENT AND HARASS

ME THEY WERE UNPERFESSIONAL UNQUFIED RUDE DISRESPECTFUL IGNOANT PRETEXT

SLAnder falified define of cachtor segregation intolance intrusive interfearance they

asoled me and thrten me to corruption and they open my mail mail tamper

if they lie in court it would be purjury

issue is that violated the laws


the plaintiff demands a SETTLEMENT FROM THE DEFENDANT WITH DAMAGES.

JUSTICE

JOHN BILLY COOPER



2

JOHN COOPER

409 WALNUT AVE

ROXBURY MA.02119

VS.

CAMBRIDGE HEALTH ALLIANCE

CAMBRIDGE STREET

CAMBRIDGE MA


memorandum


facts . when i stayed in this hospital many times i was abused by all the people

and mistreated they acted unperfessional unqulified rude intolance they wrongfly

committed me when they should of committed my mom and christin comoue

my mom was commitedable she should of been committed for a long time

the hospital was neglance and they should committed tom they are corruption

and they wrongfly put me on medican i should not be on they threatn me they

put there hands on me the pretext they were wrong to be in on be being illgley

thrown out of my familys house the cambridge police were wrong to d m h was

wrong to and the judges were wrong to and court was wrong to and the hospital

wrongfly applied to become my payee without my concent and they open my mail

the hospital violated a court order and dmh violated many court orders. slander define

1

of chotor harass falfy intrusive my rightswere violated. they were rude ignorant

disrespectful

if they lie in couyrt it would be purjury.

issue is they violated the law

the plantiff demands a settlement from the defendant eith damages and int.

justice

john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

WALGREENS

200 WILMOT ROAD

DEERFIELD ILLINOIS 60015

### MEMORANDUM

FACTS I applied to this company a few times in what i am qualfied to do. then they denied me

they acted unperessonal unqufied belligrnt malice ignorant pertext define of chator corruption

dsrespectful intolance neglict neglance segergation slander falfy

if they lie in court it would be purjury.

issue is they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

justice

1

john billy cooper

JOHN COOPER

409 walnut ave

roxbury ma 02119

    vs

U S DISTRICT COURT

COURT OF APPEALS

judge saris

1 courthouse way

boston ma


          memordum


facts when i filed CASES BEFOR THE JUDGE MISTREATED ME AND ABUSE ME AND

THREATEN ME THAT IS ILLIGLE WRONG AND WRONGFUL ACT MY RIGHTS WERE

VIOLATED I WAS ABUSED STATE JUDGES AND COURT OF APPEALS JUDGES

I WAS ABUSED HOSPTIALS CORPATIONS PEOPLE LAWYERS NURCERS DOCTORS

POLICE DEPARTMENTS SCHOOLS GROUP HOMES STATE ANGENCYS COLLGES

PEOPLE STEALING FROM ME AND PLACES TO GROUP HOMES AND HOSPTIALS OPENING MY
MAIL POST OFFICE

NOT GIVING ME ALL MY MAIL SOCIAL SECURTY ADMINSTION

DEBT COLLETORS CRDIT CARDS BANKS THE JUDGES AND THE COURTS WRONGFLY DISSMISSING
CASES WHEN THE FALL ON MY BEHALF PARTYS DO NOT SHOW UP

THEY FILE ANSERER LATE AND DO NOT FILE ANSWER ALL THE PEOPLE ARE UNPERFESSIONAL

UNQULFIED DISRESPECTFUL INTOLANCE SEGERGAION HARASS CORRUPTION DEFINE OF
CHATOR PEOPLE PUT THERE HANDS ON ME AND THEATING TAKING ADVANGE OF ME

1

DEALEF:SHIPS PEOPLE OWEING ME MONEY PLACES TO NEGLANCE THE COURTS VIOLATING

MY CONSTION RIGHTS  EVERYTHING SURPOSE TO FALL ON MY BEHALF INTERFERANCE

INTOLANCE REMDY DUE PROCESS IGNORANT RUDE MAILTAMPER NEGLICT

IF THEY LIE IT WOULD BE PURJURY

ISSUE THE LAW WAS VIOLATED

THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANTS WITH DAMAGES AND INT.

                         JUSTICE

                    JOHN BILLY COOPER

john cooper

409 walnut ave.

roxbury ma.02119

vs

trader joes

800 s. shamrock ave.

MONROVIA ca. 91016


memorandum

facts. I APPLIED TO TRADER JOES A COUPLE OF TIMES IN WHAT I WAS QUALFIED TO DO

THE DENIED ME THEY LIED AND SAID THAT THEY WOULD GET BACK TO ME. THEY WERE

BELLIGRENT MALICE CORRUPTION IGNORANT DISRESPECTFUL PRETEXT SEGREATION

PRETEXT SLANDER FALFY DEFINE OF CHATOR INTOLANCE  THEY WERE UNPERFESSIONAL

UNQUALFIED.

ISSUE IS THAT IS THEY VIOLATED THE LAW


THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFENANT WITH DAMAGES AND

INTREST.


JUSTICE

JOHN BILLY COOPER


1

JOHN COOPER

409 WALNUT AVE.

ROXBURY MA 02119

     V

T J I FR DAYS

4201 MARSH LN

CARROLTON TX. 75007

# MEMORANDUM

FACTS.  I APPLIED FOR A JOB IN TYHIS COMPANY IN WHAT AM QUALFIED TO DO they

told me that they would get back to me and did not hey acted unperfessional unqufied

belligrent disrespectful segergation intolance pretext define of chotor slander falfy

corruption rude ignorant

if tey lie in court it wuld be purjury

issue is they violated the law

the plantiff demands a settlement from the defendant with damages and intrest

          justice

        john billy cooper

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

PARTY CITY

25 GREEN POND ROAD

1 ROCKWAY N J 07866

MEMORANDUM

FACTS  applied to this company a couple of times in what i am qualfied to do

they denied me they acted unperfessional unqulfied belligernt malice pretext

segergation define of chator slander intolance corruption negliance neglict

disrespetful rude ignorant falfy.

if they le in court it would be purjury.

issue is they violated tthe law.

the pla ntiff demands a settlement from the defendant with damages and int.

1

justice

john billy cooper

2

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

ROACH BROTHERS

70 HASTINGS STREET

WELLESLEY MA 02148

#### MEMORANDUM

FACTS. I APPLIED TO THIS COMPANY A COUPLE OF TIMES THEY TOLD ME THEY WOULD GET

BACK TO ME AND DID NOT THEY LIED I AM QULIFIED TO WORK THERE THEY ACT
UNPERFESSIONAL UNQULIFIED INTOLANCE DIS RESPECTFUL IGNORANT CORRUPTION

BELLIGRENT MALICE DEFINE OF CHATHOR SLANDER NEGLICT SEGERGATION PRETEXT

IF THEY LIE IN COURT IT WOULD BVE PURJURY

ISSUE IS THAT THEY VIOLATED THE LAW

THE PLANTIFF DEMANANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES AND INT

JUSTICE

JOHN BILLY COOPER

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA. 02119

VS

RUBY T JESDAYS

150 W CHURCH AVE/

MARYVILLE T N  37801

#### MEMORANDUM

FACTS.  i applied to this company in what i am qualfied to do they denied me and they

acted unperfwessional unqualfied belligernt rude malice intolance prertext slander

ignoraant define of chator failfy corruption segregton harrass neglect neglance

interferance disrespectful

if they lie in court it would be purjury

issue they violated the law

the plaintiff demands a settlement from the defandant with damages and int.

justice

john cooper

1

JOHN COOPER

409 walnut ave.

roxbury rna 02119

    V

NORDSTORM

1617 sixth avenue

seattle wa. 98101-1707

## MEMORANDUM

FACTS I REQUESTED FOR A JOB IN THIS COMPANY IN WHAT I WAS QUALFIED TO DO.
I COULD NOT GET TO THERE JOB APPLICATION ONLINE THEN THE MANAGER SAid to
me that you seam to be the only one that can not do it. i even called to inquier a job
in a new store opening up they did not back to me. they were belligrent malice
unperfessiopnal unqualfied rude disrespectful segregation corruption pretext
slander define of chator intolance

ISSUE IS THEY VIOLATED THE LAW AND THAT IS INTOLANCE ILLGLE AND WR5ONGFUL
ACTS.

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFANDANT WITH DAMAGES
AND INTREST.

        JUSTICE

1

JOHN BILLY COOPER

2

JOHN COOPER

409 WALNUT AVE

ROXBURY MA. 02119

V/S

STARBJCKS

2401 L TAH AVE.

S. SEATTLE WA. 981`34

## MEMORANDUM

FACTS.  I APPLIED FOR A JOB IN THIS COMPANY AND INQUIRE ONE OTHER TIME

THEY TOLD ME YOU HAVE TO GO ONLINE I ASKED THEM FOR A PAPER APPLICATION

AND THEY SAID THEY DID NOT HAVE ANY AND ALSO ONE OF THE EMPLOYEES ACUSED

ME OF ASKING SOMEONE FOR MONEY WHEN I DID NOT AND THEY TOLD HIM THAT

I DID NOT THEY WERE BELLIGRENT MALICE CORUPTION HARASS FALFY SLANDER

PRETEXT RUDE SEGREGATION UNPERFESSIONAL UNQUFIED IGNORANT DEFINE OF

CHARTOR INTOLANCE INTRUSIVE INTERFANCE THEY GOT IN MY FACE.

ISSUE IS THAT THEY VIOLATED THE LAW

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFANDANT WITH DAMAGES

1

AND INTREST.

JUSTICE

JOHN BILLY COOPER

JOHN COOPER

409 WAlnut ave

roxzbury ma 02119

       vs

metro west medical

natick ma

## MEMORANDUM

FACTS WHEN I WAS IN THIS HOSPTAL MANY TIMES I WAS ABUSED AND MISTREATED

AND MY RIGHTS WERE VIOLATED THEY WERE UNPERFESSIONAL UNQULFIED BELLIGRENT

RUDE DISRESPECTFUL INTOLANCE HARASS INTRUSIVE NEGLIANCE THEY WRONGFLY

PUT ME ON MEDICATION I SHOULD NOT BE ON AND WRONGFLY COMMITTED ME

DEFINE OF CHATOR INTOLANCE CORRUPTION SLANDER DISRESPECTFUL IGNORANT

FALFY NEGLICT .

IF THEY LIE IN COURT IT WOULD BE PURJURY

ISSUE IS THEY VIOLATED THE LAW

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES AND INT

JUSTICE

JOHN BILLY COOPER

1

JOHN COOPER'

409 WALNUT AVE

ROXBURY MA. 02119

VS

KHOLES

N 56 W 17000 RIDGEWOOD DRIVE

MENOMONEE FALLS WI 53051

#### MEMORANDUM

FACTS. I APPLIED TO THIS COMPANY A COUPLE OF TIMES AND THEN WHEN I TALKED

TO SOMEONE ONTHE PHONE THEY MADE A STATEMENT WE DOM NOT HIRE FOR THAT

THEY ACTED UNPERFESSIONAL QUALFIED RUDE DISRESPECTFUL CORRUPTION SEGREGATION

INTOLANCE DEFINE OF CHATOR FALFY THEY LIED AND SAID THEY DID NOT GET MY
APPLICATION BUT I MAILED IT IN. PRETEXT MALICE BELLIGRENT.

ISSUE IS THAT THEY VBOILATED THE LAW.

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFANDANT WITH DAMAGES AND
INTREST

1

JUSTICE

JOHN BILLY COOPER

JOHN COOPER

65BAILEY STREET

DORCHESTER MA 02142

^

K MART & SEARS

3333 beverly road

hoffman estates

illinios 60179

memorandum

facts. I applied to work for sears k mart they denied me bacause of my disbilty

they told me that they would get back to me but they lied. they are unperfessioal

unqualfied  BELLIGRENT MALICE PRETEXT SEGREGATION CORRUPTION INTOLANCE

FALIFY DEFINE OF CHTOR IGNORANCE DISRESPECTFUL IGNORANCE

ISSUE IS THAT THEY VIOLATED THE LAW THAT IS INTOLANCE AND ILLGLE AND WRONGFUL

ACTS

THE PLAVTIFF DEMANDS A SETTLEMENT FROM  DEFANT WITH DAMAGES AND INTREST

JUSTICE

JOHN BILLY COOPER

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA02119

VS

GAP OLD NAVY

BANBANA REPUBLIC

TWO FOLSOM STREET

SAN FRANCISCO CA. 94105

MEMORANDUM

FACTS. I APPLIED FOR QA JOB IN TRHIS COMPANY QA FEW TIMES IN WHAT I AM QUALFIED TO
DO THEY MADE A STATEMENT THAT THEY ONLY ACCEPT ONLINE APPLICATIONS AFTER I FILED
OUT A PAPER ONE THEY ACTED UNPERFESSIONAL UNQULIFIED RUDE MALICE PRETEXT
IGNORANT BELLIGRENT MALICE SEGERGATION CORRUPTION INTOLANCE DEFANTION OF
CHTOR

NEGLICT

IF THEY LIE IN COURT IT WOULD BE PURJURY

1

THE ISSUE THAT THEY VIOLATED THE LAW

THE PLANTIFF DEMANDS A SETTLEMENT WITH DAMAGES AND INT

JUSTICE

JOHN COOPER

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

HOME DEPOT

2455 PACES FERRY ROAD

N W ATLANTA GA 30339

## MEMOPRANDUM

FACTS. I worked at this company when they going to hire me they said they would give

me 9.75 a hour but they gave me 8.75 they are unperfessional unqualfied belligerent

malice intolance corruption falfy rude disrespectful malice neglance pretext define of chotor

segergation

if they lie in court it would be purjury

issue that they violated the law

the plantiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

1

JOHN COOPER

409 walnut ave

roxbury ma 02119

    vs

friendly's

llc 1855 boston road

wilbraham ma. 01095



memorandum

facts    WHEN I WORKED HERE A COUPLE OF TIMES I WAS ABUSED THEY DID MALICE TO ME

BY THE WORKERS THEY HARASS ME I FELL SLIPED AND FELL ON THE FLOOR THEY WERE
UNPERFESSIONAL UNQULIFIED RUDE BELLIGRENT INTOLANCE PRETEXT CORRUPTION

SEGERGATION IGNORANT DISRESPECTFUL THEY TOOK ADVANGE OF ME SLANDER DEFINE

OF CHATOR FALIFY

IF THEY LIE IN COURT IT WOULD BE PURJURY

ISSUE IS THEY VIOLATED THE LAW

JUSTICE

JOHN BILLY COOPER

1

## hospitals

fraklin medical

tufts medical

fuller

folkner

hospitals

fraklin medical

tufts medical

fuller

folkner

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

BIG Y

MEMORANDUM

FACTS

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

    VS

BROOKLINE POLICE DEPARTMENT

TOWN OF BROOKLINE

WASHINGTON STREET

BROOKLINE MA.


MEMORANDUM


FACTS

1

John cooper

409 walnut ave

roxbury rna 02119

    V

suffolk superior court&judges

1
PEMBERTON SQUARE

Boston rr a. 02108


Memorandum


Facts the judges wrongfly dismissing my cases when they fall on my behalf  they are abusive and unperfessioal unqualfied rude ignorance they violate my rights that is ileagle and wrong and intolance the courts violates my consution rights that is illgle and wrong when all the cases fall on my behalf partys do not file answer or file answer late and do not show up it is iligle for judges the court state police departments to mistreat me and to let things happen to me and put me in harms way and intolance

The plantiff demands a settlement from defendant with damages and intrest


        Justice

        John cooper

John cooper

409 walnut ave

roxbury ma 02119

     V

SURPREIME JUDICAL court & APPEALS COURT& JUDGES

1
PEMBERTON SQUARE

Boston rna. 02108

Memorandum

Facts the judges wrongfly dismissing my cases when they fall on my behalf they are abusive and unperfessioal unqualfied rude ignorance they violate my rights that is ileagle and wrong and intolance the courts violates my consution rights that is illgle and wrong when all the cases fall on my behalf partys do not file answer or file answer late and do not show up it is iligle for judges the court state police departments to mistreat me and to let things happen to me and put me in harms way and intolance

The plantiff demands a settlement from defendant with damages and intrest

               Justice

               John cooper

JOHN COOPER

409 walnut ave

roxbury ma 02119

    vs

stop & shop

1385 HANCOCK STREET

QUINCY MA 02169


#### MRMORANDUM

FACTS   WHEN I WORKED AT THIS COMPANY MANY TIMES I WAS ABUSED BUY THE WORKERS

AND MANAGEMENT THEY MISTREATED ME THEY ACTED UNPERFESSIONAL UNQULIFIED RUDE

HARASS IGNORANT BELLIGRENT INTOLANCE DEFINE OF CHATOR SLANDER SEGERGATION

THE COMPANY TOOK ADVANGE OF ME MONEYV WISE NEGLIANCE DISRESPECTFUL
CORRUPTION

IF THEY LIE IN COURT IT WOULD BE PURJURY

ISSUE THE COMPANY VIOLATED THE LAW


               JUSTICE

          JOHN BILLY COOPER

JOHN COOPER

409 WALNUT AVE

ROXBURY MA .02119

   VS

SPORTS AUTHORY

1050 W HAMPTON AVE.

ENGLEWOOD CO 80110

 

 

MEMORANDUM

FACTS. I APPIED FOR A JOB IN THIS COMPANY A FEW TIMES I AM QUALFIED TO DO THEY TOLD ME THAT THEY WOULD GET BACK TO ME THEN THEY LIED AND DID NOT THEY ACTED UNPERFESSIONAL UNQUALFIED IGNORANT CORRUPTION INTOLANCE SEGREGATION DEFINE OF CHOTOF FALFIED MALICE BELLIGRENT RUDE NEGLICT NEGLANCE PRETEXT

ISSUE IS THEY VIOLATED THE LAW

IF THEY LIE IT WOULD BE PURJURY

THE PLANTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGESAND INT

JUSTICE

JOHN COOPER

### Memorandum

Facts. Corporations are corruption they falify how much money they have and putting people on the jobs that are unperfessional and unqualified the license board is corruption because they keep on giving

Places license when they are dumps and should be condemned the restorary motor vechals is corruption because they give people a license who do not know how to drive and who should not drive

The courts and police departments are corruption the courts violate the due process law and police

Departments they abuse there power and do not do there job . judges are corruption because they

Abuse there power colleges schools unverities they are corruption on the account that the teachers

And perfessors do not know to teach proply or giving people degrees that should not have one

And did not earn one the post office and the social security adminstion and department sociaj service

Are corruption the post office sends mail the hospitals when that is illgle people tamper with mail

Social secerity adminstion giving people money who should not get any thing and they places ok

To beccme payees when that is wrong and department of social service they do not look in to homes

Who they place people with boston childerns service is corruption because THE SAME REASONS AND

Product impact is corruption because the same reasons places should be shut down doctors nurcers

Sercerity guards are corruption lawyers are corruption

1

Trains busses dealerships taxie cabs they all are corruption service stations auto body shops strip clubs

Bars liquare stores lottery department employment traing insurance companies these places are all

Corruption human rights offcers airlines realtors assembly places are corruption  board of health

DICKS SPORTS goods IS WRONG And they lied and they should pay up and be heald default for filing answer late

applebees is wrong and they should pay up and they did not show up to qa 1998 hearing in court they mistreated me and lied they did it because of paper rama what happen to me there

and they should be default for file answer late.

party city is wrong they should pay up and they abuse and mistreated me and they lied

and did not show up to a hearing at court 1998 and they did it because of what  happen to me

at paper rama and should be default because they filed answer late

burtuccs is wrong they should pay up and they lied and abuse and mistreated me and they did not show up a hearing at court in 1998 and they should be heald default for filed answer late and they did it me because what happen to me a paper rama


t  j i fridays is wrong AND SHOULD PAY UP  AND THEY DID NOT SHOW UP TO COURT HEARING IN 1998 AND FILE ANSWER IN M C A D AND WOULD BE DEFAULT AND THEY ABUSE ME AND MISTREATED ME THEY DID IT TO ME BECAUSE OF WHAT HAPPEN TO ME AT PAPER RAMA

baycove is wrong AND SHOULD PAY UP THEY DID NOT FILE ANSWER IN COURT AND SHOW UP AND FILE ANSWER IN MCAD THEY ABUSE3D ME AND MISTREATED ME IN BAYCOVE HOUSES

AND THEY ALL LIE AND THEY WOULD BE DEFAULT

1

DEPARTMENT OF MENTAL HEALTH IS WRONG AND SHOULD PAY UP AND THEY DID NOT FILE ANSWER IN COURT AND MCAD THAT WOULD BE DEFAULT AND THEY ABUSED ME AND MISTREATED ME AND THEY LIE AND WERE IN ON ME BEING ILLGLY TROWN OUT OF FAMILY HOUSE WHEN I WAS WRONGFLY COMMITED TO CAMBRIDGE HEALTH ALLIANCE AND THEY WERE INON IT TO AND ABUSED AND MISTREATED ME AND THE COURT AND CAMBRIDGE POLICE DEPARTMENT AND JUDGES THEY ALL WERE IN ON IT ME BEING ILLGLEY TROWN OUT OF FAMILYS HOUSE AND I WAS ABUSED IN ALL THE OTHER GROUP HOMES AND HOSPITALS AND DEPARMENT MENTAL HEALTH PLAYS FAVIOTS LIKE ALL OTHER GROUP HOMES AND HOSPITALS

THAT IS WRONG

HOME DEPOT IS WRONG AND THEY SHOULD PAY UP AND THEY LIED AND ABUSED AND

MISTREATED ME AND THEY SHOULD BE HEALD DEFAULT BECAUSE THEY FILED ANSWER LATE

AND DID NOTSHOW UP TO HEARING

TARGET IS WRONG

MICRO CENTER WAS WRONG

TRADER JOES WAS WRONG

WHOLE FOODS IS WRONG

2

OSCO DRUG WAS WRONG

OFFICE MAX IS WRONG

K MART IS WRONG

PANARA BREAD IS WRONG AND THEY SHOULD PAY UP AND THEY ABUSED ME AND
MISTREATED ME AND THEY LIE AND SHOULD BE HEALD DEFAULT BECAUSE THEY FILE ANSWER

LATE

ALL THE CASES FROM 2001 2003 SHOULD BE RE OPEN ON THE  ACOUNT THAT I WAS IN THE
HOSPTAL AND THEY ALL SHOULD PAY UP AND DID NOT SHOW UP TO COURT HEARING IN 1998
AND THEY ALL ABUSE AND MISTREATED ME AND THEY LIE

 MCAD NEEDS TO REVERSE EVERYTHING AND RE OPEN CASES FROM EARLY 2001 2003 THEY
ARE WRONG TO

STARBUCKS IS WRONG AND THEY SHOULD PAY UP AND SHOULD BE DEFAULT BECAUSE THEY
FILED ANSWER LATE THEY LIE AND ABUSE ME AND MISTREATED ME

JUSTICE

3

JOHN COOPER

JOHN COOPER

409 walnut ave

roxbury ma.02119

    vs

macys and bloomingdales

7 west 7th street

cincinnati oh 45202

memorandum

facts.  WHEN I WORKED AT THIS COMPANY ONCE ANDN TRYED A FEW OTHER TIMES

THEY MISTREATED ME THEY DID NOT WANT TO HELP ME OUT WITH THE APPLICATION

AND TOLD ME THAT THEY WOULD GET BACK TO ME BUT DID NOT THEY WERE

UNPERFESSIONAL UNQULIFIED PRETEXT SEGERGATION INTOLANCE DEFINE OF CHATOR

DISRESPECTFUL CORRUPTION IGNORANT NEGLICT MALICE BELLIGRENT SLANDER

IF THEY LIE IN COURT IT WOULD BE PURJURY.

ISSUE IS THEY VIOLATED THE LAW

THE PLAINTIFF DEMANDS A SETTLEMENT FROM THE DEFENDANT WITH DAMAGES AND INT.

JUSTICE

JOHN BILLY COOPER

1

DEAR WHOME IT MAY CONCERN

I AM GETING TIRED OF D M H AND GROUP HOMES HOSPITALS THAT DID ME WRONG

D M H HOSPITALS AND PRIVET HOSPITALS I AM TIRED OF BEING THREATIN AND PEOPLE THAT PUT THERE HANDS ON ME TAKING ADVANGE OF ME MONEY WISE BEING BULLED PUSHED AROUND THINS THAT GOT STOLEN AND PEOPLE STICKING UP FOR CERTAIN PEOPLE HOSPITALS

AND GROUP HOMES AND DMH NEGIANCE NEGLICT TO DO THERE JOBS PROPLY AND BEING PUT ON MEDICATION I SHOULD NOT BE ON D M H DOES POOR INVESTGATIONS OF ALL THE PLACES

THEY NEED TO BETTER INVESTERGATIONS PEOPLE NEED TO BE FIRED AND LOOSE THERE JOBS

I WANT TO LIVE ON THE NORTH SHORE I HAVE A CASES AGAINST D M H AND GROUP HOSPITALS THEY ALL NEED TO PAY UP A BIG SETTLEMENT BILLIONS THEY DEFAULED IN

COURT AND WHEN THE COURT VIOLATES MY DUE PROCESS I ALSO WIN

        JUSTICE

        JOHN BILLY COOPER

409 WALNUT AVE

ROXBURY MA 02119

857-273- 3969

1

when i was living with my birth mom in cambridge christion cmoue was liveing with me and my mom my mom favorvord him over me he threaen me and kicked me and verable abused mehe took advange of me money wise like alot of other people even my mom ever since i meet him he always abused me and took advange of me the hospital did not want him around me and i did not want him around me eather but he keped on coming aruond me i told him the i did not want him to call or come around my family abused me and took advange of me and my adoped family abuse and my foster family from brookline abuse me group homes and hospitals abuse me i was abused buy all the companies i worked for and wanted to work for be cause of paper rama four or five girls sexural harass me even the manager four girls wrect my cars alot of other people threaten me nd owe me alot of money and places stole off me even and asoled me group homes and hospitals open my mail i was abused in colleges and school i went to even by laswyers and police offcers and doctors and nurcers and judges and the courts and aginceys even banks and debt colletors and phone companies and ceedit cards patitons clints and students  bosses exctives schoolsci went to

social securty admintion

justice

john billy cooper

1

| | | |
|---|---|---|
| bed bath beyond | | mc donalds |
| dicks sports goods | | b j wholesale club |
| penny | | leagle sea food |
| rodger | | wendys |
| neal | | charles pub |
| dave | | city sports |
| william | | dunken donuts |
| mhpi | all group homes and hospitals | |
| tom | exon mobil | |
| ranay | subway | |
| harly | barns and novel | |
| micro center | fred | |
| panara bread | chris     matt     randy | |
| eddie baura | mass rehab | |
| paul | mcad | |
| doug | | |

all the other corpations retail and rasturants  and food stores all other courts and the commonwealth

JOE

JOE         MERIOTT

JOE         SHERTON TARA

ethal        HAMPTON INN

dorthy      RAMADA

christn      HOLIDAY INN

 EASTERN MOUNTAIN SPORTS

1

HILTON

WENDYS

| | | |
|---|---|---|
| middlesex superior court | | johnson&johnson |
| framingham district court | | taxie cabs |
| middlesex probate court | | drug makers |
| irean | | issurance companies |
| barbara | | b j wholesale club |
| robeca | | wayside |
| fred | | vinfin |
| fred | | assembly places and photo copy places |
| smock houseing | | searton tara |
| advacates | | merriott |
| moveing companys | | hampton inn |
| fed ex | | auto body shops |
| wonder bread | | penny |
| hannifords | | robca |
| saubway | | moveing companyies |
| charles pub | | |
| bills pub | | |
| dian | | |
| nick | | |
| paul | delta | american airline |
| harley | | |

1

dicks sports goods

sports authory        dunken donuts

doug             fanagle bagel

doug            au bon pain

terry           lamberts

susan          leagle sea food

matt           barns and novel

randy      fred

lisa      neal

irene

barbara

penny

rodger

paul

jim

robeca

joe

joe

joe

POST OFFICE

BEST WESTERN

DANNYS                         SUBWAY

OMNI FOODS         DEPARTMENT EMPLOYMENT TRAINING

DEPARTMENT CHILDERNS AND FAMILEYS

MBTA

framingham district court

middlesex superior court

middlesex probate court

bobs stores

suffolk superior court

t d bank

eastern bank

jack

steve

robaca

murreal

+++++++++++++++++++++++++++++++++++++++++++++++++

center houseing for delopment       household bank

99 pub                  foot locker    frist card

yvette                  limited      limited too

cathy                   olvie garden        star market

kenny                   bickfords        shaws

mike                    all photo copy places       papa gino's

carman                  all assembly places        deanglos

corry               general motors              norwest

matt            all debt colltors               purdencial

randy           cambridge distict court        providian

taxie cabs      westbrough distict court

holiday inn     franklyn county probate court

doug        court of appeals

doug        us district court

terry    doctors

susan    nurcers

paul        all police departments

food basket      judges

market basket    worcester probate court

price choppers      ALL LAWYERS AND FIRMS  AND lAW FIRMS

STAFF      CLIENTS      PATIONS

SOCIAL SECURTY ADMINASTION

1

Boston Police Depx

MHRI

City of Boston

FILED
IN CLERK'S OFFICE
U.S. DISTRICT
DISTRICT OF
2015 DEC 9 PM 12: 50

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

V

99 PUB

IN CLERK FILED
2015 DEC 9 PM 12 59
U.S. DIS
DISTRICT

memoradum

facts when i was working in this compoany i was abused by the manger he mistreated me

he is unperfessional unqulfied rude intolance disrespectful corruption ignorant define of

chator segergation pretext my rights were violated

if they lie in court it would be purjury

issue is that they violated the law

the plaintiff demands a settlement from the defendant with damages and int.

justice

john billy cooper

1

JOHN COOPER

65 BAILEY STREET

DORCHESTER MA 02124

V

CHARLES PUB

MEMORANDUM

FACTS

1

FILED
IN CLE...

2015 DEC 9  P7 : ...

John cooper   U.S. ...
409 walnut ave  DIST...

roxbury ma02119

Vs

MARKET BASKET

875 EAST STREET

TEWKSBURY MA 01876

## MEMORANDUM

FACTS. I APPLIED FOR A JOB IN THIS COMPANY THAT I AM

QUALIFIED TO DO.

1

FILED
IN CLER...
2015 DEC 9 FP 10 ...
U.S. DI...
DIST...

JOHN COOPER

409 walnut ave

roxbury ma 02119

vs

papa gino's deanglos

600 providence highway

dedham ma 02026- 6804

memorandum

facts.

1

FILED
IN CLERK'S OFFICE

2015 DEC 9  PM 12 50

U.S. DIS
**JOHN COOPER**
DISTRICT

409 walnut ave

roxbury ma 02119

    vs

mc dona ds

2111 mc donalds drive

oak brook il 60523


                    memorandun


facts

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

    VS

SHAWS & STAR MARKET


**MEMORANDUM**


**FACTS**

1

FILED
IN CLERK'S ........

2015 DEC  9  PM 12:39

J.S. DIST.
DISTRICT ...

**JOHN COOPER**

**409 WALNUT AVE**

**ROXBUEY MA 02119**

VS

**STAPLES**

**MEMORANDUM**

**FACTS**

**1**

FILED
IN CLERK'S OFFICE

2015 DEC  9  PM 12:50
John cooper

409 walnut ave
U.S. DISTRICT
DISTRICT
roxbury ma 02119

Vs

TOYS R US


#### MEMORANDUM


FACTS. I APPLIED FOR A JOB IN THIS COMPANY IN WHAT I AM QUALFIED TO

DO THEY DENIED ME BECAUSE OF MY DISABILTY. THEY VIOLATED THE LAW AND.


VIOLATED MY RIGHTS. THEY MISTREATED ME THEY ARE UNPERFESSIONAL UNQUALFIED RUDE
DISRESPECTFUL MALICE BELLIGRENT INTOLANCE PRETEXT

CORRUPTION IGNORANT NEGLIANCE NEGLICT  SLANDER


1

FILED
IN CLERK'S OFFICE

2015 DEC 9 PM 12:19

U.S. DIS
JOHN COOPER
DIST OF

409 walnut ave

roxbury ma 02119

vs

payless shoes

3231 se sixth ave

topeka ks 66607

**MEMORANDUM**

FACTS.

1

FILED
IN CLERK'S OFFICE

John Cooper PM 12:00

U.S. DIST.
DISTRICT
Target

Memorandum

FACTS     I FRIST APPLYIED TO WORK AT TARGET AT FRIST THEY DENIE ME TO WORK THERE
BUT THEY ASKED ME IF I EVER BEEN A MANAGER. BUT THEN I REAPPLYIED  THEN THEY HAD ME
DOING CARRAGES THEY KEPT ON DOING MALICE TO ME THEY HAD  ME HELP SOMEONE PUT A
PICE A FURNERTURE IN A TRUCK PUT  TOGHER THEN IT FELL ON MY TOE. THAT WAS NEGLANCE
TO SELL THE PICE FURNTURE PUT TOGHER. THEN I WAS OUT FOR A FEW WEEKS. THEN WHEN I
CAME BACK PEOPLE STARTED TO BE  BELLIGRENT  TOWARDS ME ANS HARESS ME THEY ACATED
UNPERFESSIONAL AND UN QULIFIED

FILED
IN CLERK'S OFFICE

2015 DEC 9  PM 12 59

JOHN COOPER
US DISTRICT
409 WALNUT AVE

ROXBURY MA 02119

VS

SMOCK HOUSEING

300 HOWARD STREET

FRAMINGHAM MA

**MEMORANDUM**

FACTS.

1

FILED
IN CLERK'S OFFICE

2015 DEC 9 PM 12 51

JOHN COOPER
409 WALNUT AVE

ROXBURY MA 02119

        VS

NATICK POLICE DEPARTMENT

TOWN OF NATICK

WEST CENTRAL STREET

NATICK MA


                    MEMORANDUM


FACTS

1

FILED
IN CLERK'S OFFICE

2015 DEC  9  PM 12 51

U.S. DIST.
john coope⁣DISTRICT

409 walnut ave.

roxbury ma.02119

        vs

    chill's

    6820 l o j freeway

    dallas tx. 75240


                            memorandum


        faCTS

1

FILED
IN CLERKS OFFICE

2015 DEC 9  PM 12 51

U.S. DIST.
john ccoper DISTRICT

409 walnut ave

roxbury ma 02119

   vs

create barrel

1250 techny road

northbrook il 60062

memorandum

facts IN APPLIED FOPR THIS COMPANY MANY TIMES IN WHAT I WAS QUALFIED

TO DO THEY TOLD ME THAT THEY WOULD GET BACK TO ME BUT LIED AND DID NOT

THEY MISTREATED ME AND WERE BELLIGRENT THEY ACTED UNPERFESSIONAL

FILED
IN CLERKS OFFICE

2015 DEC 9 PM 12 51

U.S. DIS...
john cooper DISTRICT OF ...

409 walnut ave

roxbury ma 02119

vs

dunken donuts

130 royall street

canton ma. 02021

memorandum

facts I applied for a job in this company in what i am qualfied to do. they said they would get back to me but did not they lied . they are unperfessional unqualfied

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

        VS

CAmbr dge police department

sixth street

cambridge ma

city of cambridge

mass ave

cambridge ma




                            memorandum


facts

1

FILED
IN CLERK'S OFFICE

2015 DEC 9 PM 12 51

U.S. DIST
DISTRICT

JOHN CCOPER

409 WALNUT AVE

ROXBURY MA 02119

VS

CAPTAL ONE

MEMORANDUM

1

*IN CL... FILED*
*2015 DEC  9  P...*
*U.S. D...*
*DIST...*

JOHN COOPER

409 WALNUT AVE

ROXBURY MA. 02119

VS

DICKS SPORTS GOODS

**MEMORANDUM**

FACTS

1

| | |
|---|---|
| DEPARTMENT OF CHILDERNS FAMILYS | jimmy |
| ROACH BROTHERS | jimmy |
| BIG Y | jennie |
| PRODUCT IMPACT | bobby |
| BOSTON CHILDERNS SERVICE | ann |
| WALGREENS | ann |
| DISBILTY LAW CENTER | bill |
| MACYS | karl |
| BLOOMINGDALES | barbara |
| LORD AND TALOR | jay |
| PAylessshoe | amy |
| friendylees | ethan |
| uno's pizza | debbie |
| showcase | patty |
| amc theater | lisa |
| chet | kim |
| chet | chris |
| irene | manager |
| henry | paper rama |
| lise | tavern |
| joan | comerest bank |
| russel | all debt collectors |
| santaner   bank | carman |
| corry | olvie garden |

1

c v s

mc donalds

rite aide

nick

mike

PENNY

RODGER

bickfords

wendys

dave

paul

fred

CAMBRIDGE POLICE DEPARTMENT

BOSTON POLICE DEPARTMENT

BROOKLINE POLICE DEPARTMENT

FRAMINGHAM POLICE DEPARTMENT

SOMNERVILLE POLICE DEPARTMENT

NATICK POLICE DEPARTMENT

TOWN OF ORANGE

TOWN OF TYURNERS FALLS

TOWN CF ATHOL

TOWN CF GREENFIELD

TOWN CF NORTHBRIDGE

TOWN CF UXBRIDGE

TOWN OF GREENFIELD

TOWN OF FRAMINGHAM

TOWN OF NATICK

CITY OF SOMMERVILLE

CITY OF CAMBRIDGE

CITY OF BOSTON

aLL OTHER CITY AND TOWNS AND COUNTIES

ethal

doorthy

1

wendys

baby r us

insurance compains

irean

barbar

RAna

harly

christin

NEAL

LISA

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

     VS

DISCOVER CARD

## MEMORANDUM

FACTS

| | |
|---|---|
| T J MAX | BUNKER HILL  COLLEGE |
| BERTUCCIS | MIDDLESEX COLLEGE |
| MARCHELLS | MASS BAY COLLEGE |
| STAPLES | SUFFOLK UNVERSTY |
| OFFICE MAX | CAMBRIDGE COLLEGE |
| DISCOVER CARD | FRAMINGHAM STATE |
| CAPTAL ONE | URBURN COLLEGE |
| FORD MOTORS | ALL OTHER COLLGES AND UNVERTIES |
| FRIST PREMAR | BANK OF AMERICA |
| CITZENS BANK | MIDDLESEX SAVINGS BANK |
| STOP @ SHOP | CAMBRIDGE SAVEINGS BANK |
| WHOLEFOODS | CITY SPORTS |
| HOLIDAY INN | EASTERN MOUNTAIN SPORTS |
| MERIOTT | BOARD BAR OVER SEAS |
| SERTON TARA | JUDICAL COMMISSION ON CONDUCT |
| MC DONALDS | DEPARTMENT MENTAL HEALTH |
| UNOS PIZZA | RESTURY MOTERS VECHICALS |
| FRIENDIES | photo copy places |
| B J WHOLE CLUB | exon mobil |
| CALIFCRA PIZZA | general motors   insurNCE COMPANIES |
| HAMPTON INN | RAMADA |

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

V5

FORD & GENERAL MOTORS

MEMORANDUM

FACTS

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

     VS

FRAMINGHAM POLICE DEPARTMENT

UNION AVE

FRAMINGHAM MA

TOWN OF FRAMINGHAM

CONCORD STREET

FRAMINGHAM MA.


MEMORANDUM


FACTS

1

JOHN COOPER

409 WALNUT AVE

ROXBURY MA 02119

    VS

MARLBROUGH HOSPITAL


MEMORANDUM


FACTS

Case 1:15-cv-14202-RGS Document 1 Filed 12/09/15 Page 117 of 120

JOHN COOPER

409 WAL NUT AVE

ROXBUR'/ MA 02119

    V:S

NATICK POLICE DEPARTMENT

TOWN O: NATICK

WEST CE \TRAL STREET

NATICK MA

MEMORANDUM

FACTS

1

POST OFFICE

BEST WESTERN

DANNYS

SUBWAY

OMNI FOODS          DEPARTMENT EMPLOYMENT TRAINING

DEPARTMENT CHILDERNS AND FAMILEYS

MBTA

framingham district court

middlesex superior court

middlesex probate court

bobs stores

suffolk superior court

t d bank

eastern bank

jack

steve

robaca

murreal

2

hospitals

+


boston medical

metrowest metdical          carney

newton wellsey

mass general

mcclaine

norwood

abhor h r i

marlbrough

saint elebeth

childrens

brighams womens

beth isrel

u mass medical

lemuel shattuck

worcester state

westbrough state

cambridge health alliance

whitten mamoral

mount aubern

winichin

waldren care

hospitals

fraklin medical

tufts medical

fuller

folkner