UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____Cooper_____
           Plaintiff

V.

_____California Pizza et al_____
           Defendant

CIVIL ACTION

NO. 15cv14202-RGS

## ORDER OF DISMISSAL

___STEARNS, D.J.,___

In accordance with the Court's Electronic Order entered on ____3/7/16_____ _____, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

3/17/16
Date

/s/ Elaine Flaherty
Deputy Clerk