UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-14202-RGS

JOHN COOPER

v.

CALIFORNIA PIZZA 5TH FLOOR, et al.

ORDER

April 13, 2022

STEARNS, D.J.

By order of March 7, 2016, the court dismissed this action. Dkt #7. On March 22, 2019, the First Circuit affirmed the order of dismissal. Dkt #17.

Since that time, plaintiff John Cooper has submitted approximately eighteen documents that were docketed in this action. Few, if any, of these documents contained the docket number of this case. The court cannot discern Cooper's purpose in submitting these documents, many of which are somewhat illegible.

To avoid further waste of judicial resources used to process these papers and to ensure that any claims Cooper wishes to litigate are properly set forth, the court hereby orders that, going forward, (1) any document Cooper submits shall not be placed on the docket of this case; (2) Cooper

shall not submit any document to this court that is illegible or otherwise indiscernible (including a complaint), and the clerk may return said document to Cooper without taking any other action; and (3) if Cooper seeks judicial relief, he must do so by filing a complaint. A complaint may not name more than one defendant unless the claims against them arise out of the same occurrence of series of occurrences. *See* Fed. R. Civ. P. 20(2).

**SO ORDERED.**

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE